UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. 15.5876 AT BRANCH JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. 15.5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH)

              Defendants in Rem.

No. 07 CV 04430 (RJS)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned attorneys appear in this action as counsel of record on behalf of Ajaz Rahim, who appears for the limited purpose of defending against the claims initiated by the Government in the above-captioned in rem action.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon Ajaz Rahim should therefore be served upon:

    Jay K. Musoff
    Seth M. Cohen
    Orrick, Herrington & Sutcliffe LLP
    666 Fifth Avenue
    New York, New York 10103

Dated: New York, New York
        October 18, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Jay K. Musoff*

Jay K. Musoff (JM-8716)
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

COUNSEL FOR AJAZ RAHIM