UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT
NO. 15.5876 AT BANK JULIUS BAER CO. LTD
(GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT
NO. 15.5568 AT BANK JULIUS BAER CO. LTD
(GUERNSEY BRANCH),

    Defendants in Rem

------------------------------------------------------------- X

07 Civ. 04430 (RJS)

**VERIFIED STATEMENT OF INTEREST**



    AJAZ RAHIM, being duly sworn, deposes and says:

    1.    The United States of America ("Plaintiff") has filed a verified civil complaint seeking forfeiture of the bank accounts referenced in the above-captioned action pursuant to 18 U.S.C. §§ 981 (a)(1)(C) and 984.

    2.    Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules") I hereby submit this statement of interest in or right to the property that is the subject of the above-captioned action; namely, Account Nos. 15.5876 and 15.5568 held at the Guernsey Branch of Bank Julius Baer Co. Ltd.

    3.    The basis of my interest is that I am the lawful owner and the party that holds legal title to the defendant accounts.

    4.    Pursuant to Rule E(8) of the Supplemental Rules, I appear before this Court for the limited purpose of defending against the claims initiated by the Government in the



above-captioned in rem action. My appearance in the above-captioned action does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this court or any other court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Ajaz Rahim

Sworn to before me this
___ day of October 2007

Notary Public

ATTESTED

Malik Shahid P.
ADVOCATE
Notary Public
Lahore High Court Lahore
18/10/07

2