UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. 15.5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. 15.5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

        Defendants in Rem.

07 Civ. 04430 (RJS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                               ) SS.
COUNTY OF NEW YORK  )

Robinson Howard, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action.

2. On the 18th day of October, 2007, I served by First Class Mail true and correct copies of the Notice of Appearance and the Verified Statement of Interest upon:

        Barbara Ann Ward
        United States Attorney's Office
        Southern District of New York
        One St. Andrew's Plaza
        New York, NY 10007

        Joshua Klein
        United States Attorney's Office
        Southern District of New York
        One St. Andrew's Plaza
        New York, NY 10007

by placing the same in a sealed envelope, postage prepaid, addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Robinson Howard

Sworn to before me this
18th day of October, 2007

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010