| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Civ. 4430 (KMK) |
|---|---|
| DEFENDANT<br>Up to $6,100,000 on Deposit in Account... | TYPE OF PROCESS<br>Publication |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
|  | USMS - SDNY |
| ▶ | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                Fold

Please publish the following notice of publication in the **International Herald Tribune**, once a week for three consecutive weeks.

CATS # 07-FBI-003574, 003576        Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA BARBARA WARD | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-1048 | DATE<br>7/6/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 54 | District to Serve<br>No. 54 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/11/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/11/07  Time  am/pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  9/11/07 - Notice was published in the International Herald Tribune on July 20, July 27, & August 3, 2007. (copy attached)

ORIGINAL

U.S. ATTORNEY COPY

ORIGINAL



# AFFIDAVIT OF
## INSERTION OF ADVERTISEMENT

I, Jack Byrnes, Advertising Rep, at The International Herald Tribune, Do certify that the advertisement for Sonshine Communciations

Entitled:" Notice of Civil Forfeiture"

measuring 59 lines appeared in The International Herald Tribune on July  20 2007, July 27 2007 and August 3 2007

*Jack Byrnes*

Jack Byrnes

Sworn to and subscribed before me this __6__ day of __Aug.__, 20__07__

Linda M. Curtis
Notary Public
Co...
St...
Commiss... :3 - __07__

*Linda M. Curtis*
Notary Public

My commission expires __9-23-07__

### Paris Area Furnished

**CIRCOURT ASSOCIATES**
Top selection of readily available apartments.
Medium, long term lease
ww.homes-paris.com
+33 (01) 43 12 98 00

**AGENCE CHAMPS ELYSEES**
SALES - RENTALS
Management specialists:
Furnished apartments
residential areas
el: +33 (0)1 42 25 32 25
ww.agencechampselysees.com

### Life Insurance

to $50,000,000 of risk/term life
urance for applicants up to age 89.
mplete our request for quote form at
www.AEIB.com

### Education

CO-ED BOARDING SCHOOL
history of being a Sunday
mes UK Top Academic School
Boarding ~ superb high quality
20m invested in new facilities
Small classes with caring staff
First class Equestrian Centre
97% to the best Universities
Happy and confident pupils
Safe, protected, private campus
Girls and boys aged 5 to 20
Prospectus + video in: English,
hinese, German, Japanese,
orean, Russian or Spanish
ueen Ethelburga's College
horpe Underwood, York, UK
l: +44 (0)1423 333330. Email:
member@compuserve.com
eb: www.queenethelburgas.edu

### General Positions Available

RT-TIME JOB EMPLOYMENT
ork at Home & Get 10% of
omes Contact this mail for more
tails houseofblissgallery_world
ahoo.com

### READER WARNING

hile the International Herald
bune has endeavored to
sure, to its satisfaction, the
gitimacy and accuracy of the
vertisements included in the
wspaper at the time of
blication, it cannot accept
bility for loss or damage that
y of its readers may directly
indirectly suffer or incur as a
sult of relying on such
vertisements or in any
alings with any party placing
ch advertisements.

### Paris Area Unfurnished

**78-ORGEVAL** 30mins from Paris Near the American schools Amazing 2,900 sq. ft brand new house 4 bedrooms, 2 bathrooms 22,300 sq. ft garden 4000 € per month + charges Contact: 0033 609935412

### Manhattan

**Lexington Ave #112, NYC**
Directly from owner. Beautiful apartment with 2 large rooms, 2 bathrooms, in wonderful townhouse. $3100/mo. 1-212-696-2680

### Legal Notices

USA-33s-l00-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94. UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On May 30, 2007, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. § 981 (a) (1) (C) and 984, as property derived from proceeds traceable to fraud in the sale of securities, in violation of 15 U.S.C. §§ 78j (b) and 78ff and 17 C.F.R. § 240.10b-5 and 240.105-2, against Up to $6,100,000 on Deposit in Account No. 15.5876 at Bank Julius Baer Co. Ltd (Guernsey Branch); and Up to $3,651,339 on Deposit in Account No. 15.5568 at Bank Julius Baer Co. Ltd (Guernsey Branch), 07 Civ. 4430 (KMK). Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by September 4, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property. Dated: New York, New York, July, 2007
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

## LandV



***Beebe River,***
Private valley tucked into
National Forest, available
is perhaps the last remai
Hampshire's White Moun
property combines breath
river. Located at the end of
of private roads and trai
conserved land. These m
and are stocked with mill
truly unsurpassed investm

***Gary D***

WW



**Need**
Contact one of the IHT advertising offic

■ FRANCE
Tel : (33 1) 41 43 92 06
Email: vboyle@iht.com

■ UNITED KINGDOM
Tel : 44 8456 123 993
Email: maria@essentialmedia.co.uk

■ AUSTRIA/GERMANY
Tel: +49 69-716779 16
Email: kodonoghue@iht.com

■ ITALY
Tel : 39 02 844 0441
Email: paola.cesana@ces

■ NETHERLANDS
Tel: 31 20 6246 572
Email: IHT@cemedi

■ PORTUGAL
Tel : 351 21 793 72
Email: pedro.loureiro@nov