Sullivan, J

FROM : Lt Gen Gs Butt        FAX NO. : 92 42-5420411        Dec. 20 2007 09:27PM P1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN
ACCOUNT NO. 15.5876 AT BANK JULIUS
BAER CO. LTD (GUERNSEY BRANCH);
AND

UP TO $3,651,339 ON DEPOSIT IN
ACCOUNT NO. 15.5568 AT BANK JULIUS
BAER CO. LTD (GUERNSEY BRANCH),

    Defendants in Rem.

STIPULATION AND ORDER

07 Civ. 04430 (RJS)

WHEREAS, in a Stipulation and Order filed November 9, 2007, a copy of which attached hereto as Exhibit A and incorporated herein by reference, the Government and claimant Hina Ajaz (the "Claimant") agreed that Claimant's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either conviction at trial or a guilty plea as to defendant Hafiz Muhammad Zubair Naseem in a Related Criminal Case, assuming the trial began as scheduled on or about December 10, 2007;

WHEREAS, trial began on December 10, 2007, but ended in a mistrial on or about December 11, 2007. The re-trial is set to commence on January 14, 2008;

WHEREAS, in light of the mistrial and the fact that the case will be re-tried shortly, the Government and the Claimant respectfully request that the Court extend the terms of the November 9, 2007 Stipulation and Order as set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District

of New York, Barbara A. Ward, Assistant United States Attorney, of counsel, and the Claimant, Hina Ajaz, that the Claimant's time to Answer the Verified Complaint may be extended, and the discovery period shall be stayed, pending either a conviction at trial or a guilty plea as to Naseem in the Related Criminal Case, assuming the trial begins as scheduled on or about January 14, 2008.

**CONSENTED AND STIPULATED TO:**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: /s/ Barbara Ward
BARBARA A. WARD
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel: 212-637-1048

HINA AJAZ, Claimant

By: /s/ Hina Ajaz
HINA AJAZ
5115 Castlefield Drive
Mississauga
Ontario L5v 1s1 Canada
Tel: 416-457-7392

IT IS SO ORDERED. Claimant Hina Ajaz's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either a conviction at trial or a guilty plea as to defendant Naseem in the Related Criminal Case, assuming the trial begins as scheduled on or about January 14, 2008.

IT IS FURTHER ORDERED that the parties shall notify the Court in writing regarding the status of the Related Criminal case on or before February 1, 2008.

Dated: New York, New York
       December 21, 2007

HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2