UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES OF AMERICA,

Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. 15.5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. 15.5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

Defendants in Rem.

**STIPULATION AND ORDER**

07 Civ. 04430 (RJS)

WHEREAS, in a Stipulation and Order filed November 9, 2007, a copy of which is attached hereto as Exhibit A and incorporated herein by reference, the Government and the claimant Hina Ajaz (the "Claimant") agreed that Claimant's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either a conviction at trial or a guilty plea as to defendant Hafiz Muhammad Zubair Naseem in the Related Criminal Case, assuming the trial began as scheduled on or about December 10, 2007;

WHEREAS, trial began on December 10, 2007, but ended in a mistrial on or about December 11, 2007;

WHEREAS, in a Stipulation and Order filed December 21, 2007, a copy of which is attached hereto as Exhibit B and incorporated herein by reference, the Government and Claimant stipulated and agreed that the Claimant's time to Answer the Verified Complaint would be extended, and the discovery period would be stayed, pending either a conviction at trial or a guilty plea as to Naseem in the Related Criminal Case;

WHEREAS, the re-trial began on January 14, 2008, and ended in a conviction of Naseem on or about February 4, 2008;

WHEREAS, following the verdict, the parties have been engaged in negotiations aimed at resolving this matter without further litigation;

WHEREAS, in light of this negotiation process, the Government and the Claimant respectfully request that the Court extend the terms of the November 9, 2007 Stipulation and Order as set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, Barbara A. Ward, Assistant United States Attorney, of counsel, and the Claimant, Hina Ajaz, that the Claimant's time to Answer the Verified Complaint may be extended, and the discovery period shall be stayed until March 26, 2008.

CONSENTED AND STIPULATED TO:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
BARBARA A. WARD
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel: 212-637-1048

HINA AJAZ, Claimant

By: _____
HINA AJAZ
5115 Castlefield Drive
Mississauga
Ontario L5v 1s1 Canada
Tel: 416-457-7392

IT IS SO ORDERED. Claimant Hina Ajaz's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed until March 26, 2008.

Dated: New York, New York
       February 19, 2008

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2