UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT
NO. 15.5876 AT BANK JULIUS BAER CO. LTD
(GUERNSEY BRANCH); AND UP TO $3,651,339
ON DEPOSIT IN ACCOUNT NO. 15.5568 AT
BANK JULIUS BAER CO. LTD (GUERNSEY
BRANCH),

              Defendants in Rem.

No. 07 Civ. 4430 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/08

RICHARD J. SULLIVAN, District Judge:

By letter dated March 24, 2008, *pro se* claimant Hina Ajaz requests an extension of time

to answer the complaint in the above-entitled forfeiture action. The Government consents to

claimant Ajaz's request.

Accordingly,

IT IS HEREBY ORDERED that the time for claimant Ajaz to answer or otherwise

respond to the complaint in this action is extended to April 23, 2008.

SO ORDERED.

Dated:     New York, New York
          April ___, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE