

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**
                                    **Plaintiff.**

                    -v-

**Up to $ 6,100,000 on Deposit in Account No 5876**
**at Bank Julius Baer Co. Ltd., et al**
                              **Defendant-in-Rem**

07-cv-04430 (RJS)

**ORDER**
ECF

RICHARD J. SULLIVAN, District Judge:

This action has been assigned to my docket.

IT IS HEREBY ORDERED that, within ten (10) calendar days of the date of this Order, each party shall submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

  (1)   A brief statement of the nature of the action and the principal defenses thereto;
  (2)   A brief description of all outstanding motions and/or outstanding requests to file motions;
  (3)   A list of all existing deadlines and any upcoming conferences that were previously scheduled;
  (4)   A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;
  (5)   A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;
  (6)   The estimated length of trial;
  (7)   Any other information that you believe may assist this Court in resolving this action.

The status letter submitted to the Court pursuant to this Order should be e-mailed directly to my case manager in chambers, at the following e mail address-
**eileen_levine@nysd.uscourts.gov**. Do not file thru ECF. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:    New York, New York
          June 9 , 2008

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE