

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
        Plaintiff,

-V-

UP TO $ 6,100,000 ON DEPOSIT IN ACCOUNT NO. 5876 AT BANK JULIUS BAER CO. LTD, ET AL
        Defendants-in-Rem

Case No. 07-CV-04430(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that, by **4pm on July 10**, the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;
(2) A brief description of all outstanding motions and/or outstanding requests to file motions;
(3) A list of all existing deadlines and any upcoming conferences that were previously scheduled;
(4) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;
(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;
(6) The estimated length of trial;
(7) Any other information that you believe may assist this Court in resolving this action.

    The status letter submitted to the Court pursuant to this Order should be e-mailed directly to my case manager in chambers, at the following e mail address- eileen_levine@nysd.uscourts.gov. Do not file thru ECF. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.
DATED:
New York, New York June 16, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE