UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ■5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ■5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

    Defendants in Rem.

AJAZ RAHIM,

    Claimant.



**SCHEDULING ORDER**

07 Civ. 04430 (RJS)

    Upon the stipulation of counsel for the Government and claimant Ajaz Rahim, the Court enters the following scheduling order with respect to the above-captioned claim:

1. Claimant Ajaz Rahim will file an answer to the Verified Complaint by August 15, 2008.

2. The Government may submit a letter requesting leave to file a motion to dismiss Rahim's claim based on the fugitive disentitlement doctrine, or in the alternative, for a pre-motion conference, by July 18, 2008.

New York, New York
July 17, 2008

SO ORDERED:

Honorable Richard J. Sullivan
United States District Judge