UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▇5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▇5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

        Defendants in Rem.

HINA AJAZ,

        Claimant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

**ORDER**

07 Civ. 04430 (RJS)

     Upon the request of the United States, the time for the submission of a joint letter setting forth the parties' respective positions regarding the above-referenced action, as directed in the Court's Order dated June 16, 2008, is hereby extended to 4:00 p.m. on July 24, 2008.

New York, New York
July   , 2008

                            SO ORDERED:

                            Honorable Richard J. Sullivan
                            United States District Judge

Copies:

Barbara A. Ward, AUSA
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10022
Tel.: 212-637-1048
Barbara.Ward@usdoj.gov

Hina Ajaz, Claimant
5115 Castlefield Drive
Mississauga
Ontario L5v 1s1 Canada
hinaajaz_hinaajaz@yahoo.ca