UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. 15.5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. I5.5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

          Defendants in Rem.

AJAZ RAHIM,

          Claimant.

No. 07 Civ. 4430 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 28, 2008

---

RICHARD J. SULLIVAN, District Judge:

By letter dated July 18, 2008, the government seeks to file a motion to strike the claim of Ajaz Rahim in the above-entitled forfeiture action.

IT IS HEREBY ORDERED that counsel for all parties shall appear for a pre-motion conference regarding defendants' proposed motions on August 8, 2008, at 9:15 AM in the United States District Court, Courtroom 21C, 500 Pearl St., New York, New York.

SO ORDERED.

DATED:    New York, New York
               July 25, 2008

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES DISTRICT JUDGE