UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――
UNITED STATES OF AMERICA,

           Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. 15.5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. 15.5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

           Defendants in Rem.
―――――――――――――――――――――――――
HINA AJAZ,

           Claimant.
―――――――――――――――――――――――――

No. 07 Civ. 4430 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

RICHARD J. SULLIVAN, District Judge:

By letter dated July 25, 2008, the government asks the Court to further adjourn *pro se* claimant Hina Ajaz's time to answer the complaint and to adopt a scheduling order in the above-entitled forfeiture action. The government also indicates that it has not been in contact with Ms. Ajaz for several weeks, and believes that she is currently residing in Pakistan. (*See* Govt.'s July 25 Ltr. at 1.)

IT IS HEREBY ORDERED that the time for Ms. Ajaz to answer or otherwise respond to the complaint in this action is extended to August 29, 2008. The Court warns Ms. Ajaz that, pursuant to Rule C(6)(a)(iv) of the Supplemental Rules for Certain Admiralty and Maritime Claims, she, as with any claimant in a civil forfeiture action, is required to serve an answer in this action, and that her failure to do so may warrant the entry of a default judgment dismissing her claim. *See* Fed. R. Civ. P. 55(b)(2).

IT IS FURTHER ORDERED that, in the event that Ms. Ajaz fails to serve an answer by August 29, 2008, the government shall submit a letter by September 3, 2008 regarding (1) the status of its efforts to contact Ms. Ajaz and, (2) if Ms. Ajaz has not contacted the government or the Court by that date, its intention to move for a default judgment against Ms. Ajaz.

IT IS FURTHER ORDERED that the government shall serve a copy of this Order on Ms. Ajaz and electronically file proof of service with the Court.

SO ORDERED.

Dated:   New York, New York
         August 4, 2008

                                                        _____
                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE