UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. 15.5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. 15.5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

        Defendants in Rem.

RAHIM AJAZ,

        Claimant.

No. 07 Civ. 4430 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

---

RICHARD J. SULLIVAN, District Judge:

At a conference before the Court on August 8, 2008, the Court adopted the following directives:

The parties shall abide by the following briefing schedule regarding the government's proposed motion for summary judgment against claimant Rahim Ajaz ("Mr. Ajaz") on the basis of the fugitive disentitlement doctrine: the government shall file and serve its motion by August 29, 2008; Mr. Ajaz shall file and serve his opposition by September 26, 2008; the government shall file and serve its reply, if any by October 15, 2008.

SO ORDERED.

Dated:    New York, New York
          August 12, 2008

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE