UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▮5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND

UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▮5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

        Defendants in Rem.

HINA AJAZ,

        Claimant.

**PROOF OF SERVICE**

07 Civ. 04430 (RJS)

    I, Barbara A. Ward, affirm the following under penalty of perjury:

    1.    I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff herein. I have responsibility for the above-captioned matter.

    2.    The Court entered an order on August 4, 2003, requiring Ms. Ajaz to file an answer to the Complaint by August 29, 2008, and directed the Government to serve a copy of the Order on Ms. Ajaz and electronically file proof of service with the Court.

    3.    On August 4, 2008, I served one copy of the Court's August 4, 2008 Order by sending it as an attachment, in PDF format, to an e-mail addressed to Hina Ajaz, Claimant, at hinaajaz_hinaajaz@yahoo.ca. A print-out of the e-mail from the undersigned's Outbox is attached hereto as Exhibit A.

4.       Although Ms. Ajaz did not specifically acknowledge receipt of the Order, in an August 9, 2008 e-mail, she advised that she wished to be served by e-mail because she does not have a permanent address at this time.  (A copy of the August 9, 2008 e-mail is attached hereto as Exhibit B).

5.       Ms. Ajaz sent the Government her Answer to the Complaint as an attachment to another e-mail dated August 9, 2008, and asked the Government to file it on her behalf.  The Government sent a print-out of that email and the attachments to the Court in a letter dated August 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

       /s/       
BARBARA A. WARD

Dated:  August 18, 2008
       New York, New York

**Ward, Barbara (USANYS)**

| | |
|---|---|
| From: | Ward, Barbara (USANYS) |
| Sent: | Monday, August 04, 2008 7:17 PM |
| To: | 'hinaajaz_hinaajaz@yahoo.ca' |
| Cc: | Brodsky, Reed (USANYS); Klein, Josh (USANYS) |
| Subject: | Court Order dated August 4, 2008 |
| Attachments: | 8 4 08 Order.pdf |
| | |
| Follow Up Flag: | Follow up |
| Due By: | Monday, August 11, 2008 8:00 AM |
| Flag Status: | Flagged |

Dear Ms. Ajaz,

Enclosed is a copy of the Order of the Court dated August 4, 2008, requiring you to file an answer or otherwise respond to the Verified Complaint by August 29, 2008.

Would you please reply when you receive this email to confirm your receipt.

Thank you,
Barbara Ward

Barbara A. Ward
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY  10007
Tel. 212.637.1048
Fax 212.637.0421
Barbara.Ward@usdoj.gov

**Exhibit A**

## Ward, Barbara (USANYS)

| | |
|---|---|
| **From:** | hina ajaz [hinaajaz_hinaajaz@yahoo.ca] |
| **Sent:** | Saturday, August 09, 2008 5:51 AM |
| **To:** | Ward, Barbara (USANYS) |
| **Subject:** | Re: FW: LETTER TO THE COURT |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Ms. Ward,
As I am not in Canada and I do not have a permanent address at the moment, so i would appreciate if you could continue to respond through the e-mails, as i do not want any important documents getting misplaced.
Thanks very much.
Hina


--- On **Tue, 8/5/08, Ward, Barbara (USANYS)** *<Barbara.Ward@usdoj.gov>* wrote:

From: Ward, Barbara (USANYS) <Barbara.Ward@usdoj.gov>
Subject: FW: LETTER TO THE COURT
To: hinaajaz_hinaajaz@yahoo.ca
Received: Tuesday, August 5, 2008, 9:43 PM

**Dear Ms. Ajaz,**


I have learned that the current ECF rules state that the ECF filing rules <u>do not apply</u> to a Pro Se litigant who is not an attorney admitted to the bar. Since those rules (http://www1.nysd.uscourts.gov/courtrules_prose.php?prose=faq) seem to contemplate filing hard copies of documents at the courthouse and you are not in New York, I would urge you to contact the Pro Se Office of the Court and ask them how a pro se litigant who is not in the United States should file court papers.


You may serve copies of your filings on me by e-mail.


The ECF Rules also seem to require that I serve you with my filings by mail, since you will not receive an electronic filing notice. First, please advise me of your mailing address (since you indicated you are not now in Canada). Second, kindly let me know whether you wish to be served by e-mail, since that would seem to be the most expeditious means for communication in this case.


Sincerely,

**Exhibit B**

Sincerely,

Barbara Ward

---

**From:** Ward, Barbara (USANYS)
**Sent:** Monday, August 04, 2008 7:14 PM
**To:** 'hinaajaz_hinaajaz@yahoo.ca'
**Cc:** Klein, Josh (USANYS); Brodsky, Reed (USANYS)
**Subject:** RE: LETTER TO THE COURT

**Dear Ms. Ajaz,**

**Documents are filed with the Court through its Electronic Court Filing (ECF) system. I would suggest you call the Pro Se Office at (212) 805-0175 and ask them about how to file your court documents. This is the webpage from which I received that phone number:**
**http://www1.nysd.uscourts.gov/courtrules_prose.php?prose=contact**

**In addition, I will be sending you shortly an Order requiring you to file your Answer to the Complaint by August 29, 2008.**

Sincerely,

**Barbara Ward**

---

**From:** hina ajaz [mailto:hinaajaz_hinaajaz@yahoo.ca]
**Sent:** Tuesday, July 29, 2008 10:56 AM
**To:** Ward, Barbara (USANYS)
**Subject:** LETTER TO THE COURT

```
Dear Ms Ward
Thanks for your mail. I have filled out the answer form and believe that these
forms have to be returned to the court but I cannot find any e-mail address for it.
Is it that I have to post these out to them and if so do I have to copy these to
yourself as well.
Please advise.
Sorry to be a bother.
Regards
Hina
```

## CERTIFICATE OF SERVICE

      Barbara A. Ward, deposes and says that she is employed in the office of the United States Attorney for the Southern District of New York.

      That on August 18, 2008, she served one copy of the within Proof of Service by sending the same as an attachment, in PDF format, to an e-mail addressed to Hina Ajaz, Claimant, at:

      hinaajaz_hinaajaz@yahoo.ca

A print-out of the e-mail from the Outbox of the undersigned is attached hereto.

      I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.


                                                     /s/
                                      BARBARA A. WARD


Dated:  August 18, 2008
           New York, New York

**Ward, Barbara (USANYS)**

| | |
|---|---|
| **From:** | Ward, Barbara (USANYS) |
| **Sent:** | Monday, August 18, 2008 4:27 PM |
| **To:** | 'hinaajaz_hinaajaz@yahoo.ca' |
| **Subject:** | Proof of Service |
| **Attachments:** | Exhs to Proof of Service 8 18 08.pdf; USA Proof of Service of 8 4 08 Court Order.pdf |

**Barbara A. Ward**
**Assistant United States Attorney**
**Southern District of New York**
**One Saint Andrew's Plaza**
**New York, NY  10007**
**Tel. 212.637.1048**
**Fax 212.637.0421**
**Barbara.Ward@usdoj.gov**