UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO.
15.5876 AT BANK JULIUS BAER CO. LTD
(GUERNSEY BRANCH); AND UP TO $3,651,339 ON
DEPOSIT IN ACCOUNT NO. 15.5568 AT BANK
JULIUS BAER CO. LTD (GUERNSEY BRANCH),

Defendants in Rem.

HINA AJAZ,

Claimant.

No. 07 Civ. 4430 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/08

RICHARD J. SULLIVAN, District Judge:

By letter dated August 15, 2008, the government indicates that it has received via e-mail various

materials from *pro se* claimant Hina Ajaz pertaining to the above-entitled action, to wit, Ms. Ajaz's (1)

Notice of Appearance as a *pro se* litigant, and (2) Answer, with accompanying exhibits.

IT IS HEREBY ORDERED that the Clerk of the Court shall accept these items for filing, and shall

docket them as Ms. Ajaz's (1) Notice of Appearance, and (2) Answer to the Complaint, with accompanying

exhibits.

IT IS FURTHER ORDERED that the government shall serve a copy of this Order on Ms. Ajaz and

file proof of service with the Court.

Finally, Ms. Ajaz should be aware that the Pro Se Office at the United States Courthouse, 500 Pearl

Street, Room 230, New York, New York 10007 (Telephone: (212) 805-0175) may be of assistance in

connection with court procedures.

SO ORDERED.

Dated:          New York, New York
                August 20, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE