UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    -against-<br><br>UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▮5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND<br><br>UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▮5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),<br><br>           Defendants in Rem.<br><br>HINA AJAZ,<br><br>           Claimant. | **PROOF OF SERVICE**<br><br>07 Civ. 04430 (RJS) |

I, Barbara A. Ward, affirm the following under penalty of perjury:

1.    I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff herein. I have responsibility for the above-captioned matter.

2.    The Court entered an order on August 21, 2008, accepting for filing the Notice of Appearance and Answer of Hina Ajaz, with accompanying exhibits, that Ms. Ajaz had forwarded to the Government by email for filing (the "Order"). The Court also directed the Government to serve a copy of the Order on Ms. Ajaz and electronically file proof of service with the Court.

3.    On August 21, 2008, I served one copy of the Court's August 21, 2008 Order by sending it as an attachment, in PDF format, to an e-mail addressed to Hina Ajaz, Claimant, at

hinaajaz_hinaajaz@yahoo.ca. A print-out of the e-mail from the undersigned's Outbox is attached hereto as Exhibit A.

4. In an email dated August 24, 2008, Ms. Ajaz acknowledged receipt of the Order. (A copy of the August 24, 2008 e-mail is attached hereto as Exhibit B).

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

/s/
BARBARA A. WARD

Dated: August 25, 2008
New York, New York

2

**Ward, Barbara (USANYS)**

| | |
|---|---|
| From: | Ward, Barbara (USANYS) |
| Sent: | Thursday, August 21, 2008 6:10 PM |
| To: | 'hinaajaz_hinaajaz@yahoo.ca' |
| Cc: | Klein, Josh (USANYS); Brodsky, Reed (USANYS) |
| Subject: | PLEASE RESPOND TO CONFIRM YOUR RECEIPT (Court order Aug. 20, 2008) |
| Attachments: | 8 21 08 Order accepting Hina Ajaz Answer for filing.pdf |

Dear Ms. Ajaz,

Enclosed is a copy of the Order of the Court dated August 20, 2008.

Please reply to this email to confirm your receipt.

Thank you,
Barbara Ward


Barbara A. Ward
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY  10007
Tel. 212.637.1048
Fax 212.637.0421
Barbara.Ward@usdoj.gov

**EXHIBIT A**

## Ward, Barbara (USANYS)

**From:** hina ajaz [hinaajaz_hinaajaz@yahoo.ca]
**Sent:** Sunday, August 24, 2008 5:26 AM
**To:** Ward, Barbara (USANYS)
**Subject:** Re: PLEASE RESPOND TO CONFIRM YOUR RECEIPT (Court order Aug. 20, 2008)

Dear Ms Ward
I have recieved ou mail and acknowledge reciept of it.
Thank you very muh for all your efforts.
Kind Regards
Hina Ajaz

--- On **Thu, 8/21/08, Ward, Barbara (USANYS)** <*Barbara.Ward@usdoj.gov*> wrote:

From: Ward, Barbara (USANYS) <Barbara.Ward@usdoj.gov>
Subject: PLEASE RESPOND TO CONFIRM YOUR RECEIPT (Court order Aug. 20, 2008)
To: hinaajaz_hinaajaz@yahoo.ca
Cc: "Klein, Josh (USANYS)" <Josh.Klein@usdoj.gov>, "Brodsky, Reed (USANYS)" <Reed.Brodsky@usdoj.gov>
Received: Thursday, August 21, 2008, 6:10 PM

```
Dear Ms. Ajaz,

Enclosed is a copy of the Order of the Court dated August 20, 2008.

Please reply to this email to confirm your receipt.

Thank you,
Barbara Ward



Barbara A. Ward
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY  10007
Tel. 212.637.1048
Fax 212.637.0421
Barbara.Ward@usdoj.gov
```

**Yahoo! Canada Toolbar :** Search from anywhere on the web and bookmark your favourite sites. Download it now!

**EXHIBIT B**

## CERTIFICATE OF SERVICE

  Barbara A. Ward, deposes and says that she is employed in the office of the United States Attorney for the Southern District of New York.

  That on August 25, 2008, she served one copy of the within Proof of Service by sending the same as an attachment, in PDF format, to an e-mail addressed to Hina Ajaz, Claimant, at:

    hinaajaz_hinaajaz@yahoo.ca

A print-out of the e-mail from the Outbox of the undersigned is attached hereto.

  I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

           /s/
          BARBARA A. WARD

Dated: August 25, 2008
    New York, New York

**Ward, Barbara (USANYS)**

| | |
|---|---|
| **From:** | Ward, Barbara (USANYS) |
| **Sent:** | Monday, August 25, 2008 3:59 PM |
| **To:** | 'hinaajaz_hinaajaz@yahoo.ca' |
| **Subject:** | Proof of Service of Aug. 21, 2008 Order |
| **Attachments:** | USA Proof of Service of 8 21 08 Court Order.pdf |

**Barbara A. Ward**
**Assistant United States Attorney**
**Southern District of New York**
**One Saint Andrew's Plaza**
**New York, NY  10007**
**Tel. 212.637.1048**
**Fax 212.637.0421**
**Barbara.Ward@usdoj.gov**