MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BARBARA A. WARD
    JOSHUA KLEIN
    REED BRODSKY
Assistant United States Attorneys
One Saint Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1048/2397/2492

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▆5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND<br><br>UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▆5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),<br><br>                    Defendants in Rem.<br><br>AJAZ RAHIM,<br><br>                    Claimant. | NOTICE OF MOTION<br><br>07 Civ. 04430 (RJS) |

STATE OF NEW YORK         )
COUNTY OF NEW YORK        : ss.:
SOUTHERN DISTRICT OF NEW YORK )

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Statement Pursuant to Local Civil Rule 56.1 and the Declaration of Joshua Klein, plaintiff United States of America by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby moves before the Honorable Richard J. Sullivan, United States District Judge, for an Order:

(a) pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the claim of Ajaz Rahim; and

(b) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
September 2, 2008

            MICHAEL J. GARCIA
            United States Attorney for the
            Southern District of New York
            Attorney for Plaintiff
            United States of America

By:     /s/    
      BARBARA A. WARD
      JOSHUA KLEIN
      REED M. BRODSKY
      Assistant United States Attorneys
      One St. Andrews Plaza
      New York, New York 10007
      Tel. (212) 637-1048/2397/2492