**EXHIBIT 2**

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07−cv−04430−RJS

United States of America v. Up to $ 6,100,000 on Deposit in Account No. 5876 at Bank Julius Baer Co. Ltd et al
Assigned to: Judge Richard J. Sullivan
Cause: 18:981 Civil Forfeiture

Date Filed: 05/30/2007
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | COMPLAINT against Up to $ 6,100,000 on Deposit in Account No. 5876 at Bank Julius Baer Co. Ltd, Up to $ 3,651,339 on Deposit in Account No. 5568 at Bank Julius Baer Co. Ltd. Document filed by United States of America.(mbe) (Entered: 05/31/2007) |
| 05/30/2007 |   | SUMMONS ISSUED as to Up to $ 6,100,000 on Deposit in Account No. 5876 at Bank Julius Baer Co. Ltd, Up to $ 3,651,339 on Deposit in Account No. 5568 at Bank Julius Baer Co. Ltd. (mbe) (Entered: 05/31/2007) |
| 05/30/2007 |   | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 05/31/2007) |
| 05/30/2007 |   | Case Designated ECF. (mbe) (Entered: 05/31/2007) |
| 06/12/2007 | 2 | ARREST WARRANT IN REM that purs to Rule G(3)(B)(iv) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Attorney General of the US or his duly authorized representative is hereby directed to request that the proper authorities of the Govt of Guernsey (a) arrest the said deft Funds on behalf of the US by serving this Arrest Warrant in Rem on the deft Funds, as further set forth in this document. The govt will also make best efforts to issue direct notice to any person who reasonably appears to be a potential claimant, as provided in Rule G(4)(b) of the Supplemental Rules for certain Admiralty and Maritime Claims. (Signed by Judge Kenneth M. Karas on 6/11/07) (cd) (Entered: 06/13/2007) |
| 09/04/2007 | 3 | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Sullivan. Judge Kenneth M. Karas is no longer assigned to the case. (js) (Entered: 09/11/2007) |
| 09/04/2007 |   | Mailed notice to the attorney(s) of record. (js) (Entered: 09/11/2007) |
| 10/18/2007 | 4 | NOTICE OF APPEARANCE by Jay Kevin Musoff on behalf of Ajaz Rahim (Musoff, Jay) (Entered: 10/18/2007) |
| 10/18/2007 | 5 | CLAIM FOR PROPERTY − Verified Statement Of Interest. Document filed by Ajaz Rahim. (Musoff, Jay) (Entered: 10/18/2007) |
| 10/18/2007 | 6 | AFFIDAVIT OF SERVICE of re: Docket Entries 4 and 5. Service was made by Mail. Document filed by Ajaz Rahim. (Musoff, Jay) (Entered: 10/18/2007) |
| 10/19/2007 | 7 | Verified Claim of Ajaz Rahim (djc) (Entered: 10/22/2007) |
| 10/19/2007 | 10 | Pro Se Notice of Appearance of Hina Ajaz. (djc) (Entered: 11/06/2007) |
| 10/30/2007 | 8 | SERVICE BY PUBLICATION. A Notice of Forfeiture Complaint was published in the New York Law Journal on July 20, 27, and August 3, 2007. Document filed by United States of America. (Ward, Barbara) (Entered: 10/30/2007) |
| 10/30/2007 | 9 | SERVICE BY PUBLICATION. A Notice of Forfeiture Complaint was published in the International Herald Tribune on July 20, 27 and August 3, 2007. Document filed by United States of America. (Ward, Barbara) (Entered: 10/30/2007) |
| 11/08/2007 | 11 | STIPULATION AND ORDER: Claimaint Ajaz Rahim's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either a conviction at trial or a guilty plea as to co−defendant Naseem in the Related Criminal Case, assuming the trial begins as scheduled on or about December 10, 2007. IT IS |

| | | |
|---|---|---|
| | | FURTHER ORDERED that the parties shall notify the Court in writing regarding the status of the Related Criminal case on or before December 18, 2007. At that time, or earlier if the trial date is adjourned, the parties shall submit to the Court a proposed scheduling order, including Claimant's time to Answer the Verified Complaint. Status Report due by 12/18/2007. (Signed by Judge Richard J. Sullivan on 11/7/07) (tro) (Entered: 11/08/2007) |
| 11/09/2007 | 12 | STIPULATION AND ORDER, by and between Plaintiff United States of America, by its attorney, of counsel, and the time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either a conviction at trial or a guilty plea as to, assuming the trial beings as scheduling on or about December 10, 2007. IT IS SO ORDERED. Claimant Hina Ajaz's the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either a conviction at trial or a guilty plea as to co−defendant assuming the trial begins as scheduled on or about December 10, 2007. IT IS FURTHER ORDERED that the parties shall notify the Court in writing regarding the status of the Related Criminal case on or before December 18, 2007. At that time or earlier if the trial date is adjourned, the parties shall submit to the Court a proposed scheduling order, including Claimant's to Answer the Verified Complaint. (Signed by Judge Richard J. Sullivan on 11/8/2007) (jmi) (Entered: 11/13/2007) |
| 12/19/2007 | 13 | STIPULATION AND ORDER: Ajaz Rahim's time to answer the complaint shall be extended and the discovery period shall be stayed pending either a conviction at trial or a guilty plea as to co−defendant Naseem in the related criminal case, assuming the trial begins as scheduled on or about 1/14/2008. The parties are to notify the Court in writing regarding the status of the related criminal case on or before 2/1/2008. (Signed by Judge Richard J. Sullivan on 12/19/07) (kco) Modified on 1/3/2008 (kco). (Entered: 12/20/2007) |
| 12/21/2007 | 14 | STIPULATION AND ORDER claimant Hina Ajaz's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed, pending either a conviction at the trial or a guilty plea as to defendant Naseem in the Related Criminal Case, assuming the trail beings scheduled on or about January 14, 2008. IT IS FURTHER ORDERED that the parties shall notify the Court in writing regarding the status of the Related Criminal case on or before February 1, 2008. (Signed by Judge Richard J. Sullivan on 12/21/2007) (jmi) (Entered: 12/21/2007) |
| 03/03/2008 | 15 | STIPULATION AND ORDER, by and between Plaintiff United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, Barbara A. Ward, Assistant United States Attorney, of counsel, and the Claimant, Hina Ajaz, that the Claimant's time to Answer the Verified Complaint may be extended, and the discovery period shall be stayed until March 26, 2008. IT IS SO ORDERED. Claimant Hina Ajaz's time to Answer the Verified Complaint shall be extended, and the discovery period shall be stayed until March 26, 2008. ( Discovery due by 3/26/2008.) (Signed by Judge Richard J. Sullivan on 2/29/2008) (jmi) (Entered: 03/04/2008) |
| 04/01/2008 | 16 | ORDER: The time for pro se claimant Ajaz Rahim to answer or otherwise respond to the complaint is extended to 4/23/08. Ajaz Rahim answer due 4/23/2008. (Signed by Judge Richard J. Sullivan on 4/1/08) (db) (Entered: 04/01/2008) |
| 06/09/2008 | 17 | ORDER that within ten calendar days of the date of this Order, each party shall submit a letter, not to exceed five pages, providing, in separate paragraphs: (1) a brief statement of the nature of the action and the principal defenses thereto; (2) a brief description of all outstanding motions and/or outstanding requests to file motions, and as further set forth in this document. (Signed by Judge Richard J. Sullivan on 6/9/08) (cd) (Entered: 06/10/2008) |
| 06/16/2008 | 18 | ORDER: A Status (Report) Letter (in the form expressed as items 1−7 in said Order) shall be submitted to the Court pursuant to this Order by e−mail to my case manager in chambers, at the following e−mail address – eileen_levine@nysd.uscourts.gov by 7/10/2008. DO NOT file thru ECF. (Signed by Judge Richard J. Sullivan on 6/16/08) (db) (Entered: 06/16/2008) |
| 07/17/2008 | 19 | SCHEDULING ORDER: Claimant Ajaz Rahim will file an answer to the Verified Complaint by 8/15/08. The Government may submit a letter requesting leave to file a motion to dismiss Rahim's claim based on the fugitive disentitlement doctrine, or in |

|            |    |                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | the alternative, for a pre–motion conference, by 7/18/08. (Signed by Judge Richard J. Sullivan on 7/17/08) (tro) (Entered: 07/18/2008)                                                                                                                                                                                                                          |
| 07/17/2008 |    | Set Deadlines/Hearings:Ajaz Rahim answer due 8/15/2008. (tro) (Entered: 07/18/2008)                                                                                                                                                                                                                                                                             |
| 07/17/2008 | 20 | ORDER: Upon the request of the United States, the time for the submission of a joint letter setting forth the parties' respective positions regarding the above–referenced action, as directed in the Court's Order dated 6/16/08, is hereby extended to 4:00 pm on July 24, 2008. (Signed by Judge Richard J. Sullivan on 7/17/08) Copies Mailed By Chambers. (tro) (Entered: 07/18/2008) |
| 07/28/2008 | 21 | ORDER: It is hereby ordered that counsel for all parties shall appear for a pre–motion conference regarding defendant's proposed motion's on August 8, 2008, at 9:15 a.m., in the United States District Court, Courtroom 21C, 500 Pearl St., New York, new York. (Signed by Judge Richard J. Sullivan on 7/25/2008) (jfe) (Entered: 07/28/2008)                |
| 08/04/2008 | 22 | ORDER that the time for Ms. Ajaz to answer or otherwise respond to the complaint in this action is extended to 8/29/08...In the event Ms. Ajaz fails to serve an answer by 8/29/08, the government shall submit a letter by 9/3/08. The government shall serve a copy of this Order on Ms. Ajaz and electronically file proof of service with the Court. (Signed by Judge Richard J. Sullivan on 8/4/08) (cd) (Entered: 08/04/2008) |
| 08/12/2008 | 23 | ORDER that the government's proposed motion for summary judgment against claimant Rahim Ajaz to be filed and served by 8/29/08. Mr. Ajaz shall file and serve his opposition by 9/26/08. The government shall file and serve its reply, if any, by 10/15/08. ( Motion due by 8/29/2008. Reply due by 10/15/2008. Response due by 9/26/2008) (Signed by Judge Richard J. Sullivan on 8/12/08) (cd) (Entered: 08/13/2008) |
| 08/15/2008 | 24 | ANSWER to Complaint. Document filed by Ajaz Rahim.(Musoff, Jay) (Entered: 08/15/2008)                                                                                                                                                                                                                                                                           |
| 08/18/2008 | 25 | CERTIFICATE OF SERVICE of Court Order dated August 4, 2008 served on Hina Ajaz on August 4, 2008. Service was made by EMAIL. Document filed by United States of America. (Ward, Barbara) (Entered: 08/18/2008)                                                                                                                                                  |
| 08/21/2008 | 26 | ORDER: It is hereby ordered that the Clerk of the Court shall accept these items for filing, and shall docket them as Ms. Ajaz's (1) Notice of Appearance, and (2)Answer to the Complaint, with accompanying exhibits. It is further Ordered that the government shall serve a copy of this Order on Ms. Ajaz and file proof of service with the Court. (Signed by Judge Richard J. Sullivan on 8/20/2008) (jfe) (Entered: 08/21/2008) |
| 08/25/2008 | 27 | CERTIFICATE OF SERVICE of Order dated 8/21/08 served on Hina Ajaz on 8/21/08. Service was made by Email. Document filed by United States of America. (Ward, Barbara) (Entered: 08/25/2008)                                                                                                                                                                      |