**EXHIBIT 5**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

          - v. -                     :      GOVERNMENT'S
                                            BILL OF PARTICULARS
HAFIZ MUHAMMAD ZUBAIR NASEEM,         :
and AJAZ RAHIM,                             07 Cr. 610 (RMB)
                                     :
               Defendants.
                                     :

                                     :
- - - - - - - - - - - - - - - - - - x
```

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024

(2d Cir. 1980), the Government respectfully gives notice that the

property  subject  to  forfeiture  as  a  result  of  the  offenses

described in Counts One through Twenty-Six of the Indictment, as

alleged in the Forfeiture Allegation, includes all right, title and

interest of AJAZ RAHIM, the defendant in the following:

        1.   Up to $6,100,000 on Deposit in Account
             No. 15.5876 at Bank Julius Baer Co. Ltd
             (Guernsey Branch); and

        2.   Up to $3,651,339 on Deposit in Account
             No. 15.5568 at Bank Julius Baer Co. Ltd
             (Guernsey Branch),

Dated:   New York, New York
         October 9, 2007

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                         By:_____/s/_____
                              JOSHUA KLEIN
                              Assistant United States Attorney
                              Telephone: (212)637-2397