# EXHIBIT 7

[Exhibit 7 is a true and correct copy of the joint letter submitted to the Court by the Government and counsel for Rahim dated July 10, 2008, in the above-captioned case. Pursuant to the Court's direction, the letter was not filed, but was submitted to chambers. The Government therefore is not attaching a copy of the letter to this Declaration (which will be filed), but is submitting a copy of the letter to chambers for the Court's convenience in considering the Government's motion.]