**AFFIRMATION OF SERVICE**

I, Karyn Leon-Matovick affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, and

That on September 2, 2008 I caused one copy of the Government's Notice of Motion to Strike the Claim of Ajaz Rahim or for Summary Judgment, Memorandum of Law in Support of the Notice of Motion, Statement Pursuant to Local Civil Rule 56.1, and the Declaration of Assistant United States Attorney Joshua Klein and the exhibits thereto, dated September 2, 2008, in the case of <u>United States</u> v. <u>Up to $6,100,000 on Deposit in Account No. ▆ 5876 at Bank Julius Baer Co. Ltd., et al.</u>, 07 Civ. 04430 (RJS), to be delivered either by mail or email to:

> Jay K. Musoff, Esq.
> Orrick, Herrington & Sutcliffe LLP
> Attorneys for Claimant Ajaz Rahim
> 666 Fifth Ave.
> New York, NY 10103
> Tel. (212) 506-5000
>
> Hina Ajaz, Claimant Pro Se
> hinaajaz_hinaajaz@yahoo.ca

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         September 2, 2008

*/s/ Karyn Leon-Matovick*
KARYN LEON-MATOVICK