

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



August 29, 2008

**MEMO ENDORSED**

Hand Delivery

Hon. Richard J. Sullivan
United States District Judge
500 Pearl Street, Room 615
New York, New York 10007

      Re:   *United States v. Up to $6,100,000 on Deposit in Account No.*
             *▆5876 at Bank Julius Baer Co. Ltd., et al.*, 07 Civ. 04430 (RJS)
             (Ajaz Rahim, Claimant/Interested Party)

Dear Judge Sullivan:

      In an Order filed August 12, 2008, the Court set a briefing schedule for the Government's motion for summary judgment against claimant Ajaz Rahim based on the fugitive disentitlement doctrine, in accordance with discussions at the conference before Your Honor on August 8, 2008. The Government requested, and the Court directed, that the Government's motion be filed by August 29, 2008. Mr. Musoff indicated that he would be out of the office until September 2, 2008. The date for service of his opposition papers was set for September 26, 2008.

      Although the Government's papers are substantially completed, and despite its best efforts, the Government asks this Court for an extension of time of one business day, to September 2, 2008, to file its motion. There are several reasons for this request, including an unfortunately-timed failure of a disk drive on the undersigned's office laptop, and her desire not to ruin her co-workers's long weekend.

      I attempted to contact Mr. Musoff to obtain his position on this request, but was notified that he will be out of the office until September 2, 2008.

Hon. Richard J. Sullivan　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
August 29, 2008

   For the foregoing reasons, the Government respectfully requests that the Court extend the time for the filing of the Government's motion for summary judgment against claimant Ajaz Rahim based on the fugitive disentitlement doctrine by one business day, to September 2, 2008.

             Respectfully,

             MICHAEL J. GARCIA
             United States Attorney
             Attorney for Plaintiff
             The United States of America

     By: *Barbara A. Ward /B.A./*
             BARBARA A. WARD
             Assistant United States Attorney
             Telephone: (212) 637-1048
             Facsimile:  (212) 637-0421
             Barbara.Ward@usdoj.gov

cc:

| | |
|---|---|
| Jay K. Musoff, Esq. | Hina Ajaz, Claimant Pro Se |
| Orrick, Herrington & Sutcliffe LLP | hinaajaz_hinaajaz@yahoo.ca |
| Counsel for Ajaz Rahim | |
| 666 Fifth Avenue | (By E-Mail) |
| New York, NY 10103-0001 | |
| jmusoff@orrick.com | |
| (By E-Mail and U.S. Mail) | |

**SO ORDERED:** The time for the filing of the Government's motion for summary judgment against claimant Ajaz Rahim based on the fugitive disentitlement doctrine is extended by one business day, to September 2, 2008.

Dated: __9/2/08__　　　　　　　　　　　　　　　　__[signature]__
                 HON. RICHARD J. SULLIVAN
                 UNITED STATES DISTRICT JUDGE