```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▇5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▇5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

                Defendants in Rem.

HINA AJAZ,

                Claimant.

No. 07 Civ. 4430 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Clerk of the Court is respectfully requested to reopen the above-captioned case, which appears to have been inadvertently terminated on June 25, 2009.

      IT IS FURTHER ORDERED that the government shall serve a copy of this Order on Ms. Ajaz and file proof of service with the Court.

SO ORDERED.

Dated:    October 5, 2009
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE