```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　　　　　　　　　Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ■5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ■5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

　　　　　　　　　　　Defendants in Rem.

HINA AJAZ,

　　　　　　　　　　　Claimant.

No. 07 Civ. 4430 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated May 4, 2009, the Court directed that document discovery in the above-captioned matter be completed by August 7, 2009 and depositions be completed by October 2, 2009. The Court is now in receipt of Plaintiff's October 2, 2009 letter requesting an extension of the discovery schedule through March 2010. Plaintiff urges the Court to grant the requested extension because Plaintiff's counsel "has been engaged in a number of urgent and time-consuming forfeiture matters," as well as having recently undergone a medical procedure. The Court is also in receipt of Claimant Hina Ajaz's response dated the same day opposing Plaintiff's request for an extension.

In light of the fact that (1) the Court's discovery Order was issued over six months ago, (2) Plaintiff must have been aware for quite some time of its other obligations, and (3) Plaintiff did not request an extension until the day discovery closed on October 2, 2009, the Court will not grant Plaintiff's request for a five-month extension. Nevertheless, because at least some portion of the delay in discovery appears to be attributable to the fact that Claimant is proceeding pro se and is

residing abroad, IT IS HEREBY ORDERED THAT the parties shall conclude all discovery by November 5, 2009. The court will grant no further extensions.

IT IS FURTHER ORDERED that the government shall serve a copy of this Order on Ms. Ajaz and file proof of service with the Court.

SO ORDERED.

Dated:   October 5, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2