UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▮5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▮5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

                Defendants in Rem.

HINA AJAZ,

                Claimant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09

No. 07 Civ. 4430 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      By letter dated August 15, 2008, the government forwarded to the Court various materials from pro se claimant Hina Ajaz pertaining to the above-entitled action, including Ms. Ajaz's (1) Notice of Appearance as a pro se litigant, and (2) Answer, with accompanying exhibits.

      By Order dated August 20, 2009, the Court directed that these documents be docketed. Nevertheless, as of the date of this Order, these materials have not been docketed. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall file the items attached to this Order, and shall docket them as Ms. Ajaz's (1) Notice of Appearance, and (2) Answer to the Complaint, with accompanying exhibits.

      IT IS FURTHER ORDERED that the government shall serve a copy of this Order on Ms. Ajaz and file proof of service with the Court.

Finally, Ms. Ajaz should be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007 (Telephone: (212) 805-0175) may be of assistance in connection with court procedures.

SO ORDERED.

Dated:   October 5, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE