UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

UP TO $6,100,000 ON DEPOSIT IN ACCOUNT NO. ▇5876 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH); AND UP TO $3,651,339 ON DEPOSIT IN ACCOUNT NO. ▇5568 AT BANK JULIUS BAER CO. LTD (GUERNSEY BRANCH),

          Defendants in Rem.

HINA AJAZ,

          Claimant.

No. 07 Civ. 4430 (RJS) (AJP)
ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from the government, dated November 9, 2009, in which it requests that the Court orders the parties to engage in settlement discussions in advance of Claimant Hina Ajaz's motion for summary judgment. The Court agrees that settlement discussions are an appropriate next step in this case. If the settlement discussions should fail, however, the Court will immediately set a briefing schedule for Claimant's contemplated motion. Accordingly,

      IT IS HEREBY ORDERED THAT the parties shall contact Magistrate Judge Peck no later than November 20, 2009 and arrange for settlement talks to take place as soon as is convenient for Magistrate Judge Peck. In the mean time, the Court expects the parties to begin settlement discussions of their own.

      IT IS FURTHER ORDERED THAT should the parties fail to come to a resolution of this dispute, they shall, in consultation with Judge Peck, attempt to narrow the issues that are ripe for summary judgment.

IT IS FURTHER ORDERED THAT the parties shall provide a joint letter to the Court no later than December 15, 2009 advising the Court if the matter has been resolved or if a briefing schedule for Claimant's motion is necessary.

IT IS FURTHER ORDERED THAT the government shall serve a copy of this Order on Claimant.

SO ORDERED.

Dated:    November 16, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE